UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
[CLERK'S OFFICE]

2004 JAN -7  A 10: 3[]

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MARIA DAGOSTINO-GANNON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PUTNAM INVESTMENTS TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, PUTNAM INVESTEMENT FUNDS, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND (formerly known as the PUTNAM INTERNATIONAL VOYAGER FUND), PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL GROWTH AND INCOME FUND, PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND, PUTNAM INTERNATIONAL GROWTH FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNTIONAL GROWTH FUND, PUTNAM INTERNATIONAL GROWTH AND INCOME FUND, PUTNAM INTERNTIONAL NEW OPPORTUNITIES FUND AND DOES 1-100, <br><br> Defendants. | Civil Action No. 03-12475-GAO |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the above-captioned action was filed in this Court on December 8, 2003; and

WHEREAS, on November 12, 2003, the Putnam Defendants[1] filed a Motion for Transfer or Consolidation Pursuant to 28 U.S.C. § 1407 (the "Motion") with the Judicial Panel on Multidistrict Litigation (the "Panel"), seeking to transfer related actions pending against them to the United States District Court for the District of Massachusetts for coordinated or consolidated pre-trial proceedings with the above-captioned action and other related actions currently pending against them in this and other courts;

IT IS HEREBY stipulated and agreed by and between the undersigned counsel that the Putnam Defendants are not required to respond to the complaint filed in the above-captioned action, and that Plaintiffs will file an amended complaint no later than sixty (60) days after the filing date of the Panel's decision regarding the Motion, unless otherwise agreed upon by the parties and assuming no order of the Court to the contrary. The Putnam Defendants' shall have sixty (60) days to answer, move or otherwise respond to the amended complaint, unless otherwise agreed upon by the parties and assuming no order of the Court to the contrary.

If the Putnam Defendants move to dismiss the amended complaint, the Plaintiffs shall have sixty (60) days to respond, unless otherwise agreed upon by the parties and assuming no order of the Court to the contrary. The Putnam Defendants shall have thirty (30) days to reply to any response by the Plaintiffs unless otherwise agreed upon by the parties and assuming no order of the Court to the contrary.

---

[1] For purposes of this Stipulation, the "Putnam Defendants" include Marsh & McLennan Companies, Inc.; Putnam Investments Trust; Putnam Investment Management, LLC; Putnam Investment Funds; the various Putnam mutual funds named in this action; and the present or former employees of the Putnam Defendants. The "Putnam Fund Defendants" consist of Putnam Investment Funds, and the named Putnam mutual funds. The "Putnam Management Defendants" consist of Putnam Investment Trust and Putnam Investment Management, LLC.

| | |
|---|---|
| ROPES & GRAY LLP | GILMAN AND PASTOR, LLP |
| By: *(signed)* John D. Donovan/by BRO | By: *(signed)* David Pastor/by BRO |
| John D. Donovan<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000<br>*Attorneys for the Putnam Fund Defendants* | David Pastor<br>Stone Hill Corporate Center<br>999 Broadway<br>Suite 500<br>Saugus, Massachusetts 01906<br>*Attorneys for Plaintiffs* |

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: *(signed)* James R. Carroll/by BRO

James R. Carroll
One Beacon Street
Boston, Massachusetts 02108
*Attorneys for the Putnam Management Defendants*

WILLKIE FARR & GALLAGHER LLP

By: *(signed)* Stephen W. Greiner/by BRO

Stephen W. Greiner
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
*Attorneys for Marsh & McClennan Companies., Inc.*

Dated: January 6, 2004

SO ORDERED

_____, U.S.D.J.

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 1/7/04 *(signed)*

-3-



ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

January 7, 2004

Bryan R. Diederich
(617) 951-7042
bdiederich@ropesgray.com

**BY HAND**

Tony Anastas, Clerk
United States District Court
   for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: *Dagostino-Gannon v. Putnam Investments Trust, et al.*, C.A. No. 03-12475-GAO

Dear Mr. Anastas:

Enclosed for filing in the above-referenced matter, please find two copies of a Stipulation and [Proposed] Order. Kindly date stamp the extra copy and return it to the waiting courier.

I thank you in advance for your attention to this matter.

Sincerely yours,

Bryan R. Diederich

BRD:brd
Enclosures

cc: All counsel

9341276_1