UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
MARK E. FEINERSTEIN, Individually and On   )
Behalf of All Others Similarly Situated    )
                                           )
              Plaintiff,                   )   Civil Action
                                           )   No. 03-12474-MLW
     -against-                             )
                                           )
MARSH & MCLENNAN COMPANIES, INC,           )
et al.,                                    )
                                           )
              Defendants.                  )
------------------------------------       )
MARIA DAGOSTINO-GANNON, Individually and   )
On Behalf of All Others Similarly Situated,)
                                           )
              Plaintiff,                   )   Civil Action
                                           )   No. 03-12475-GAO
     -against-                             )
                                           )
PUTNAM INVESTMENTS TRUST, et al.,          )
                                           )
              Defendants.                  )
------------------------------------ x
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendants Putnam Investments Trust and Putnam Investment Management, LLC make this Corporate Disclosure Statement:

1. Putnam Investments Trust is a direct majority-owned subsidiary of Marsh & McLennan Companies, Inc. ("MMC"), a publicly-owned holding company traded on the New York Stock Exchange.

2. Putnam Investment Management, LLC, a Delaware limited liability company, is an indirect subsidiary of Putnam Investments Trust. By contract, Putnam Investment Management, LLC is the investment adviser to, and an affiliate of the distributor of, the Putnam Family of Funds, the shares of which are sold to and held by the public.

Dated: January 22, 2004
       Boston, Massachusetts

Of Counsel:
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Putnam Investments Trust and Putnam Investment Management, LLC*

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on January 22, 2004, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon the attorney of record for each other party as indicated on the service list attached hereto.

Dated: January 22, 2004

*/s/ James R. Carroll*
James R. Carroll

## SERVICE LIST

### BY FIRST CLASS MAIL

Mark C. Grady
Nancy Kaboolian
**ABBEY GARDY LLP**
21 East 39th Street
New York, NY 10016

Jeffrey S. Abraham
**ABRAHAM & ASSOCIATES**
One Pennsylvania Plaza, Suite 1910
New York, NY 10119

Daniel A. Osborn
**BEATIE & OSBORN LLP**
521 Fifth Avenue, 34th Floor
New York, NY 10175

Norman Berman
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egelston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016

Andrew S. Friedman
Francis J. Balint, Jr.
**BONNETT FAIRBORN FRIEDMAN & BALINT, P.C.**
2901 No. Central, Suite 1000
Phoenix, AZ 85012

Robert J. Bonsignore
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155

Klint Bruno
**LAW OFFICES OF KLINT BRUNO**
1131 Lake Street
Oak Park, IL 60301

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mario Alba, Jr.
**CAULEY GELLER BOWMAN & RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Pamela S. Tikellis
Robert J. Kriner, Jr.
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square, 5th Floor
Wilmington, DE 19801

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Mathes
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041

Martin D. Chitwood
Lauren D. Antonio
**CHITWOOD & HARLEY**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

Catherine A. Torell
**COHEN MILSTEIN HAUSFELD &
TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022

Steven J. Brooks
Robert D. Hillman
**DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, PC**
99 Summer Street, 13th Floor
Boston, MA 02110

Michael P. Donovan
**DONOVAN & SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

John G. Emerson
Scott E. Poynter
**EMERSON & POYNTER LLP**
P.O. Box 164810
Little Rock, AR 72216

Patricia Dallmann
William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Peter Fischbein
**LAW OFFICES OF PETER
FISCHBEIN**
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
**THE FURTH FIRM LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104

David Pastor
Peter A. Lagorio
**GILMAN & PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906

Michael Goldberg
**GLANCY & BINKOW LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jonathan M. Plasse
Christopher J. Keller
**GOODKIND LABATON RUDOFF
& SUCHAROW**
100 Park Avenue, 12th Floor
New York, NY 10017

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
**GRANT & RODDY**
44 School Street, Suite 400
Boston, MA 02108

Robert S. Green
Robert A. Jigargian
John W. Pinette
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104

Thomas M. Sobol
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004

Harry W. Jacobs
**JACOBS LAW OFFICES**
500 East 77th Street, Suite 507
New York, NY 10021

David Jaroslawicz
**LAW OFFICES OF JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403

Frederic S. Fox
Christine M. Fox
Donald R. Hall
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

Stephen M. Tillerey
**KOREIN TILLERY**
10 Executive Woods Court
Swansea, IL 62226

George A. Zeles
**KOREIN TILLERY**
70 West Madison Street, Suite 660
Chicago, IL 60602

Eugene Barsh
**KOREIN TILLERY**
701 Market Street, Suite 300
St. Louis, MO 63101

Alan L. Kovacs
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street, Suite 106
Boston, MA 02135

**MALINA & WOLSON**
Lincoln Building
60 East 42nd Street
New York, NY 10165

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle, II
**MILBERG WEISS BRSHAD HYNES & LERACH, LLP**
401 B Street, Suite 1700
San Diego, CA 92101

3

Nancy F. Gans
**MOULTON & GANS**
33 Broad Street, Suite 1100
Boston, MA 02109

Bruce G. Murphy
**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vera Beach, FL 32963

**NAPOLI KAISER & BERN LLP**
115 Broadway
New York, NY 10006

Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022

Harold B. Obsteld
**HAROLD B. OBSTELD, P.C.**
260 Madison Avenue, 18th Floor
New York, NY 10016

Charles Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Brian P. Murray
Eric J. Belfi
**RABIN MURRAY & FRANK LLP**
275 Madison Avenue
New York, NY 10016

Garrett Blanchfield
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite 1250
St. Paul, MN 55101

Stephen V. Saia
**LAW OFFICE OF STEPHEN V. SAIA**
70 Old Cart Path Lane
Pembroke, MA 02359

Richard S. Schiffrin
Marc A. Topaz
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Joel P. Litman
Jay P. Saltzman
Frank R. Schirripa
**SCHOENGOLD & SPORN, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038

William H. Shaheen
Lucy J. Karl
**SHAHEEN & GORDON**
Two Capital Plaza, Suite 4
Concord, NH 03302

Ralph M. Stone
Thomas G. Ciarlone, Jr.
**SHALOV STONE & BONNER LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018

Marc J. Ross
**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
1065 Avenue of the Americas
21st Floor
New York, NY 10018

Jeffrey L. Kodroff
William G. Caldes
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Joseph H. Weiss
Richard Acocelli
James E. Tullman
**WEISS & YOURMAN**
One Pennsylvania Plaza
New York, NY 10176

Aaron L. Brody
Jules Brody
**STULL, STULL & BRODY**
6 East 45th Street, 5th Floor
New York, NY 10017

Richard J. Vita
**LAW OFFICES OF RICHARD J. VITA, P.C.**
77 Franklin Street Suite 300
Boston, MA 02110

Robert I. Harwood
Matthew M. Houston
**WECHSLER HARWOOD HALEBIAN & FEFFER LLP**
488 Madison Avenue 8th Floor
New York, NY 10022

Daniel W. Krasner
Fred T. Isquith
Mark C. Rifkin
Robert Abrams
Christopher S. Hinton
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016

Andrew E. Lencyk
Chet B. Waldman
Marian P. Rosner
Michael A. Schwartz
**WOLF POPPER LLP**
845 Third Avenue, 12th floor
New York, NY 10022

Alfred G. Yates
**LAW OFFICES OF ALFRED G. YATES**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Eduard Korsinsky
**ZIMMERMAN, LEVI & KORSINSKY, LLP**
39 Broadway, Suite 1440
New York, NY 10006

Jean-Marc Zimmerman
**ZIMMERMAN, LEVI & KORSINSKY LLP**
226 St. Paul Street
Westfield, NJ 07090

Jeffrey P. Maletta
**KIRKPATRICK & LOCKHART**
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

John Sylvia
**MINTZ LEVIN COHN FERRIS GLOVSKY & PEPEO, PC**
One Financial Center, 40th Floor
Boston, MA 02111

John D. Gilmore
**PIPER RUDNICK LLP**
100 Oliver Street, 21st Floor
Boston, MA 02110

John D. Donovan, Jr.
Richard D. Batchelder, Jr.
**ROPES & GRAY**
One International Place
Boston, MA 02110

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
**CAULEY GELLER BOWMAN & RUDMAN LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

David Pastor
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egleston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY  10016

Stephen W. Greiner
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019

6