UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
MARK E. FEINERSTEIN, Individually and On )
Behalf of All Others Similarly Situated  )
                                         )
            Plaintiff,                   )   Civil Action
                                         )   No. 03-12474-UA  RCL
     -against-                           )
                                         )
MARSH & MCLENNAN COMPANIES, INC,         )
et al.,                                  )
                                         )
            Defendants.                  )
------------------------------------     )
MARIA DAGOSTINO-GANNON, Individually and )
On Behalf of All Others Similarly Situated, )
                                         )
            Plaintiff,                   )   Civil Action
                                         )   No. 03-12475-GAO
     -against-                           )
                                         )
PUTNAM INVESTMENTS TRUST, et al.,        )
                                         )
            Defendants.                  )
------------------------------------ x
```

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO
STAY PROCEEDINGS PENDING RULING BY THE
<u>JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

Putnam Investment Management, LLC, Putnam Investments Trust, Marsh & McLennan Companies, Inc., Putnam Investment Funds, and the various named Putnam mutual funds (collectively, the "Putnam Defendants") hereby move this Court for an Order, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in further support of their motion to stay proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation. As grounds for this motion, the Putnam Defendants state as follows:

1.      On January 8, 2004, plaintiffs in the above-captioned actions filed a motion to consolidate and to appoint lead counsel with this Court.

2.      On January 22, 2004, the Putnam Defendants filed an opposition to plaintiffs' motion and moved this Court to stay all proceedings in the actions.

3.      On February 5, 2004, plaintiffs filed an opposition to the Putnam Defendants' motion to stay all proceedings.

4.      The Putnam Defendants' reply, submitted herewith, concisely addresses plaintiffs' arguments. The Putnam Defendants submit that their reply will clarify matters for the Court and will be helpful in resolving the pending motions.

WHEREFORE, the Putnam Defendants respectfully request that this Court grant leave to file the accompanying reply memorandum.

Dated:      February 12, 2004
            Boston, Massachusetts

Respectfully submitted,

*James R. Carroll (PJC)*

Of Counsel:
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Putnam Investments Trust and Putnam Investment Management, LLC*

*John D. Donovan (DJC)*
_____
John D. Donovan, Jr. (BBO # 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Counsel for Putnam Investment Funds and the Various Named Putnam Mutual Funds*

*Stephen W. Greiner (DJC)*
_____
Stephen W. Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8224

*Counsel for Marsh & McLennan Companies, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, James R. Carroll, hereby certify that on February 12, 2004, counsel for Putnam Investments Trust conferred with counsel for the plaintiffs in the above-captioned actions pursuant to Local Rule 7.1(A)(2) who stated that they take no position with respect to the relief sought by this motion.

Dated: February 12, 2004

*James R. Carroll (DJC)*
_____
James R. Carroll

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on February 12, 2004, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon counsel of record for each other party as indicated on the service list attached hereto.

Dated: February 12, 2004

*James R. Carroll (DJC)*
_____
James R. Carroll

3

## SERVICE LIST

### BY FIRST CLASS MAIL

Mark C. Grady
Nancy Kaboolian
**ABBEY GARDY LLP**
21 East 39th Street
New York, NY 10016

Jeffrey S. Abraham
**ABRAHAM & ASSOCIATES**
One Pennsylvania Plaza, Suite 1910
New York, NY 10119

Daniel A. Osborn
**BEATIE & OSBORN LLP**
521 Fifth Avenue, 34th Floor
New York, NY 10175

Norman Berman
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egelston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016

Andrew S. Friedman
Francis J. Balint, Jr.
**BONNETT FAIRBORN FRIEDMAN & BALINT, P.C.**
2901 No. Central, Suite 1000
Phoenix, AZ 85012

Robert J. Bonsignore
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155

Klint Bruno
**LAW OFFICES OF KLINT BRUNO**
1131 Lake Street
Oak Park, IL 60301

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mario Alba, Jr.
**CAULEY GELLER BOWMAN & RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Pamela S. Tikellis
Robert J. Kriner, Jr.
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square, 5th Floor
Wilmington, DE 19801

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Mathes
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041

Martin D. Chitwood
Lauren D. Antonio
**CHITWOOD & HARLEY**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

Catherine A. Torell
**COHEN MILSTEIN HAUSFELD &
TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022

Steven J. Brooks
Robert D. Hillman
**DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, PC**
99 Summer Street, 13th Floor
Boston, MA 02110

Michael P. Donovan
**DONOVAN & SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

John G. Emerson
Scott E. Poynter
**EMERSON & POYNTER LLP**
P.O. Box 164810
Little Rock, AR 72216

Patricia Dallmann
William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Peter Fischbein
**LAW OFFICES OF PETER
FISCHBEIN**
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
**THE FURTH FIRM LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104

David Pastor
Peter A. Lagorio
**GILMAN & PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906

Michael Goldberg
**GLANCY & BINKOW LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jonathan M. Plasse
Christopher J. Keller
**GOODKIND LABATON RUDOFF
& SUCHAROW**
100 Park Avenue, 12th Floor
New York, NY 10017

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
**GRANT & RODDY**
44 School Street, Suite 400
Boston, MA 02108

Robert S. Green
Robert A. Jigargian
John W. Pinette
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104

Thomas M. Sobol
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004

Harry W. Jacobs
**JACOBS LAW OFFICES**
500 East 77th Street, Suite 507
New York, NY 10021

David Jaroslawicz
**LAW OFFICES OF JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403

Frederic S. Fox
Christine M. Fox
Donald R. Hall
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

Stephen M. Tillerey
**KOREIN TILLERY**
10 Executive Woods Court
Swansea, IL 62226

George A. Zeles
**KOREIN TILLERY**
70 West Madison Street, Suite 660
Chicago, IL 60602

Eugene Barsh
**KOREIN TILLERY**
701 Market Street, Suite 300
St. Louis, MO 63101

Alan L. Kovacs
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street, Suite 106
Boston, MA 02135

**MALINA & WOLSON**
Lincoln Building
60 East 42nd Street
New York, NY 10165

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle, II
**MILBERG WEISS BRSHAD HYNES & LERACH, LLP**
401 B Street, Suite 1700
San Diego, CA 92101

3

Nancy F. Gans
**MOULTON & GANS**
33 Broad Street, Suite 1100
Boston, MA 02109

Bruce G. Murphy
**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vera Beach, FL 32963

**NAPOLI KAISER & BERN LLP**
115 Broadway
New York, NY 10006

Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022

Harold B. Obsteld
**HAROLD B. OBSTELD, P.C.**
260 Madison Avenue, 18th Floor
New York, NY 10016

Charles Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Brian P. Murray
Eric J. Belfi
**RABIN MURRAY & FRANK LLP**
275 Madison Avenue
New York, NY 10016

Garrett Blanchfield
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite 1250
St. Paul, MN 55101

Stephen V. Saia
**LAW OFFICE OF STEPHEN V. SAIA**
70 Old Cart Path Lane
Pembroke, MA 02359

Richard S. Schiffrin
Marc A. Topaz
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Joel P. Litman
Jay P. Saltzman
Frank R. Schirripa
**SCHOENGOLD & SPORN, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038

William H. Shaheen
Lucy J. Karl
**SHAHEEN & GORDON**
Two Capital Plaza, Suite 4
Concord, NH 03302

Ralph M. Stone
Thomas G. Ciarlone, Jr.
**SHALOV STONE & BONNER LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018