AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Maria Dagostino-Gannon, Individually
and on Behalf of All Others Similarly
Situated,                    Plaintiff
         V.

**SUMMONS IN A CIVIL CASE**

Putnam Investments Trust, et al.

CASE NUMBER: **03 12475 GAO**

TO: (Name and address of Defendant)

Putnam Investment Management LLC
One Post Office Square
Boston, MA
ATTN: Person Designated to Accept Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12-9-03
CLERK

_____
(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

February 13, 2004

I hereby certify and return that on 1/12/2004 at 2:50:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Richard Kirker, Attorney, agent, person in charge at the time of service for Putman Investments Management, LLC, at person Desiganated To Accept Service, one Post Office Square, Boston, MA 02108. Basic Service Fee (IH) ($35.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                  *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.