%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Maria Dagostino-Gannon, Individually
and on Behalf of All Others Similarly
Situated,           Plaintiff
V.

Putnam Investments Trust, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12475 GAO

TO: (Name and address of Defendant)
Marsh & McLennan Companies, Inc.
1166 Avenue of the Americas
New York, New York 10036
ATTN: Person Designated to Accept Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



12-9-03
DATE

Maria Dagostino-Gannon, et. al., Plaintiff(s)
vs.
Marsh & McLennan Companies, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Marsh & McLennan Companies, Inc.
Court Case No. 03-12475-GAO

GILMAN & PASTOR
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: NEW YORK ) ss.
County of SUFFOLK )

| | |
|---|---|
| Name of Server: | BRIAN NOLAN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on the 17 day of DECEMBER, 20 03, at 3:05 o'clock P M |
| Place of Service: | at 1166 Avenue of the Americas, in New York, NY 10036 |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Marsh & McLennan Companies, Inc. |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: ANNA MARIA CARLISI, AUTHORIZED AGENT |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color WHITE Hair Color BROWN Facial Hair ____ ; Approx. Age 42 ; Approx. Height 5'3" ; Approx. Weight 135 |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server (Date)
BRIAN NOLAN
APS International, Ltd.
APS File #: 063309-0001

Subscribed and sworn to before me this
6 day of JANUARY, 20 04

Notary Public (Commission Expires)

VINCENT J. HILLIS
Notary Public, State of New York
No. 01GI4984764
Qualified in Suffolk County
Commission Expires July 26, 2007