# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

| | |
|---|---|
| Felicia C. Cannon<br>Clerk | 4415 U.S. Courthouse<br>101 W. Lombard Street<br>Baltimore, Maryland 21201<br>(410) 962-2600 |

March 24, 2004

U.S. District Court for the
District of Massachusetts
United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no. 1:03-12475 ~~GAO~~
Our civil no. 1:04-844
Dagostino-Gannon v Putnam Investment

Dear Clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-District Litigation filed on March 22, 2004, in this Court transferring the above entitled case to the District of Maryland.

***Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.***

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc:  Judge J. Frederick Motz
     Judicial Panel on Multi-District Litigation



A CERTIFIED TRUE COPY

MAR 19 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

DOCKET NO. 1586

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MUTUAL FUNDS INVESTMENT LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2004, the Panel transferred 96 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 9 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on ___3-24-04___
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy

# SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

## DISTRICT DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~03-7654~~ | ~~Emanuel Wasserman v. Kenneth D. Lewis, et al.~~ Opposed 3/17/04 |
| CAC | 2 | 03-8736 | Mike Sayegh v. Janus Capital Corp., et al. |

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 03-5071 | Michael Federman v. Putnam American Government Income Fund, et al. |
| CAN | 5 | 03-5133 | Kathie A. Phillips v. Alliance Capital Management Holding, L.P., et al. |
| CAN | 5 | 03-5146 | James Page, Jr. v. The Charles Schwab Corp., et al. |

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 03-2004 | Gerald L. Chait, etc. v. Thomas H. Bailey, et al. |
| CO | 1 | 03-2007 | Mei Hung, etc. v. Thomas H. Bailey, et al. |
| CO | 1 | 03-2016 | Norman Friedman, et al. v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2037 | Robert Martini v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2061 | Delon Brown v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2103 | Ruth A. McKeown v. Janus Fund, et al. |
| CO | 1 | 03-2115 | Paul Straits v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2141 | Janice Biggs v. Janus Fund, et al. |
| CO | 1 | 03-2168 | Harry Goodman, et al. v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2182 | Richard Lepera v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 03-2212 | R. Andrew Harclerode, et al. v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2309 | Brenda C. Vann, et al. v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2325 | Amanda Klein v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2403 | Craig Wiggins v. Janus Capital Group, Inc., et al. |
| CO | 1 | 03-2406 | L. Scott Karlin, etc. v. Amvescap, PLC, et al. |
| CO | 1 | 03-2441 | Richard Raver v. Invesco Funds Group, Inc., et al. |
| CO | 1 | 03-2456 | Jerry Fatah, etc. v. Invesco Advantage Health Sciences Fund, et al. |
| CO | 1 | 03-2457 | Shirley M. McLain, et al. v. Bank of America Corp., et al. |
| CO | 1 | 03-2559 | Steven B. Ehrlich, et al. v. Invesco Advantage Health Sciences Fund, et al. |
| CO | 1 | 03-2604 | Miriam Calderon v. Amvescap, PLC, et al. |
| CO | 1 | 03-2612 | Pat B. Gorsuch, et al. v. Invesco Funds Group, Inc., et al. |

**CONNECTICUT**
| | | | |
|---|---|---|---|
| CT | 3 | 03-1874 | Thomas Helm, et al. v. Janus Fund, et al. |
| CT | 3 | 03-1883 | Louis J. DeSocio v. Strong Advisor Common Stock Fund, et al. |
| CT | 3 | 03-2050 | Charles Lanza v. Alliancebernstein Growth & Income Fund, et al. |
| CT | 3 | 03-2192 | Alfred Dellavalle v. Putnam American Government Income Fund, et al. |

**ILLINOIS NORTHERN**
| | | | |
|---|---|---|---|
| ILN | 1 | 03-7315 | Lenore Zarate v. Bank One Corp., et al. |
| ILN | 1 | 03-7940 | Robert Holton v. Bank One Corp., et al. |
| ILN | 1 | 03-8561 | Datren Williams, etc. v. Bank One Corp., et al. |
| ILN | 1 | 03-8628 | Carolyn Kitty v. Janus Capital Group Inc., et al. |
| ILN | 1 | 03-9055 | Carlo D'Agostino v. Putnam Investments Trust, et al. |
| ILN | 1 | 03-9061 | Brett Tayne v. Putnam Investments Trust, et al. |

**ILLINOIS SOUTHERN**
| | | | |
|---|---|---|---|
| ~~ILS~~ | ~~3~~ | ~~03-692~~ | ~~Robert Potter, et al. v. Janus Investment Fund, et al.~~ Vacated 3/17/04 |
| ~~ILS~~ | ~~3~~ | ~~03-760~~ | ~~Donald Bradfisch v. Templeton Funds, Inc., et al.~~ Vacated 3/17/04 |
| ~~ILS~~ | ~~3~~ | ~~03-769~~ | ~~Roger Kelso v. Columbia Acorn Trust, et al.~~ Opposed 3/18/04 |
| ~~ILS~~ | ~~3~~ | ~~03-770~~ | ~~David Kenerley v. Templeton Funds, Inc., et al.~~ Opposed 3/18/04 |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586

PAGE 2 OF 4

| District | | Case No. | Caption |
|---|---|---|---|
| ILS | 3 | 03-771 | Tom Sichra v. Putnam Investment Funds, et al. |
| ~~ILS~~ | ~~3~~ | ~~03-772~~ | ~~John Bilski v. Aim International Funds, Inc., et al.~~ Opposed 3/18/04 |
| ~~ILS~~ | ~~3~~ | ~~03-843~~ | ~~Gary Vogeler, et al. v. Columbia Acorn Trust, et al.~~ Vacated 3/17/04 |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 03-12222 | Evon Yameen, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12227 | Diane Hutto, et al. v. Putnam Europe Equity Fund, et al. |
| MA | 1 | 03-12273 | Edward Casey, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12400 | John K. Clement, et al. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 03-12402 | Antonio Ioakim, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12441 | Seth B. Marks, et al. v. Putnam, LLC, et al. |
| MA | 1 | 03-12474 | Mark E. Feinerstein, et al. v. Putnam Investments Trust, et al. |
| MA | 1 | 03-12475 | Maria Dagostino-Gannon v. Putnam Investment Trust, et al. |
| ~~MA~~ | ~~1~~ | ~~03-12483~~ | ~~Gustavo Bruckner, etc. v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| ~~MA~~ | ~~1~~ | ~~03-12500~~ | ~~Bruce Riggs v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| MA | 1 | 03-12526 | Joanne S. Baseman, etc. v. Putnam Investment Management, LLC, et al. |
| MA | 1 | 03-12527 | Cynthia Puleo, etc. v. Putnam, LLC, et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 3 | 03-496 | James McLain v. Bank of America Corp., et al. |
| NCW | 3 | 04-16 | Raj Sanyal, etc. v. William P. Carmichael, et al. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 03-4370 | Brian Levy v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4544 | Lori McBride, etc. v. Strong Financial Corp., et al. |
| NJ | 2 | 03-4545 | William Solvible, et al. v. John R. Belk, et al. |
| NJ | 2 | 03-4585 | Robert Steinberg v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4586 | Bruce J. Pfeffer, et al. v. Janus Fund, et al. |
| NJ | 2 | 03-4602 | Margo A. Bode v. Bank of America Corp., et al. |
| NJ | 2 | 03-4612 | Irving J. Chasen, etc. v. Mark B. Whiston, et al. |
| NJ | 2 | 03-4769 | Ronald Gross, etc. v. James Dimon, et al. |
| NJ | 2 | 03-5045 | Charles S. Steinberg v. AllianceBernstein Growth & Income Fund, et al. |
| NJ | 2 | 03-5081 | Yaakov Nekritz v. Canary Capital Partners, LLC, et al. |
| NJ | 2 | 03-5500 | Camille Logue, etc. v. Bruce W. Calvert, et al. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 2 | 03-5879 | Ira Newman v. Alliance Capital Management, LP |
| NYE | 2 | 03-5958 | Michael Bernstein, etc. v. Fred Alger Management, Inc., et al. |
| NYE | 2 | 03-6004 | Jean L. Taylor, et al. v. Alliance Capital Management, L.P. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 03-7710 | A. Duane Wahl v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-7751 | Virginia Metzger v. Banc One Investment Advisors, et al. |
| NYS | 1 | 03-7932 | Frank K. Mangialardi v. Strong Capital Management, Inc. |
| NYS | 1 | 03-7940 | Michael Lipstein IRA, et al. v. Janus Capital Management, LLC |
| NYS | 1 | 03-8025 | Katrina McKoy v. Bank of America Corp., et al. |
| NYS | 1 | 03-8131 | Lori Weinrib v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8199 | Irene Waxman v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8256 | Katrina S. Weaver v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-8364 | Linda Parker v. One Group Technology Fund, et al. |
| NYS | 1 | 03-8412 | Rhonda Vladimir v. Janus Capital Management, LLC, et al. |
| NYS | 1 | 03-8523 | Shandel Strasberg, et al. v. Janus Fund, et al. |
| NYS | 1 | 03-8593 | Robert Wiley v. Bank One Corp., et al. |
| NYS | 1 | 03-8609 | Doreen Duke v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8627 | Peter D. Demayo, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8682 | Warren Pinchuck, etc. v. Peter Coster, et al. |
| NYS | 1 | 03-8686 | Michael H. Diemer v. Janus Fund, et al. |
| NYS | 1 | 03-8710 | Ida Desch v. Bank of America Corp., et al. |
| NYS | 1 | 03-8745 | Phil Maez v. Nations Institutional Reserves Convertible Securities Fund, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                              PAGE 3 OF 4

| | | | |
|---|---|---|---|
| NYS | 1 | 03-8747 | Marc Henzel, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8864 | Michael Pflugath, et al. v. Bear Stearns Companies, Inc., et al. |
| NYS | 1 | 03-8893 | Jessica Corbett v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-8894 | Murray Zucker v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-8959 | Dana Buhs v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-8962 | Jeffrey Ettinger, etc. v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8984 | Maurice Bonime v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9001 | Barbara Walsh v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9149 | Meyer Mintz v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9157~~ | ~~Frederic Ian Fishbein, etc. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9160 | Romilda Braatz v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9167 | Bryon Billman v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9197 | Bernard Schwimmer v. AllianceBernstein Technology Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9216~~ | ~~Aaron Brody v. Pilgram Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9237 | James Ryan, et al. v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9239 | Robert Garfield v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9245 | Paula Pieroni v. Bank of America Corp, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9294~~ | ~~Adrienne Green v. AllianceBernstein Growth & Income Fund, et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9372 | Gary A. Baskin v. Bank of America Corp., et al. |
| NYS | 1 | 03-9424 | Robert Foster, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-9425 | Rochelle Turoff Mucha v. Marsh & McClennan Companies, Inc., et al. |
| NYS | 1 | 03-9426 | Alberta Friedman v. Alger Small Portfolio, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9434~~ | ~~Rochelle Meyer, etc. v. Alliance Capital Management Holding L.P., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9438 | Lisa Schales v. Alliance Capital Management Holdings, L.P., et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9439~~ | ~~Leslie Turbowitz v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9497 | Avremi Weinreb v. AllianceBernstein Technology Fund, et al. |
| NYS | 1 | 03-9498 | Terry Conner v. Alliance Capital Management Holding, L.P., et al. |
| NYS | 1 | 03-9501 | Neeyaf Distributing v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9606 | Patrice H. Oster v. Alliance Capital Management Holdings L.P., et al. |
| NYS | 1 | 03-9634 | Edward Lowinger, et al. v. Invesco Advantage Health Science Fund, et al. |
| NYS | 1 | 03-9638 | Ronald E. Stackler, et al. v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-9654 | John B. Johnson v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9655~~ | ~~Rachelle Knopf v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9668~~ | ~~Walter C. Slack v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9670~~ | ~~Gregory Smidt, et al. v. Bear, Stearns & Co, Inc.~~ Vacated 3/11/04 |
| NYS | 1 | 03-9740 | Milton Pfeiffer v. The Dreyfus Corp. |
| ~~NYS~~ | ~~1~~ | ~~03-9790~~ | ~~Mike Atassi v. Pilgrim, Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9801 | Durand Wilson, II v. Excelsior Funds, Inc., et al. |
| NYS | 1 | 03-9858 | John B. Johnson v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9915 | Janet M. Crocket v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9920 | Marvin Goldfarb v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9955~~ | ~~Charles C. Hargrave, et al. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-10016~~ | ~~Carl Sadowsky v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-10045 | Jospeh R. Russo v. Invesco Advantage Health Sciences Fund, et al. |
| NYS | 1 | 03-10098 | Kathleen Iozzo, et al. v. Putnam Investment Trust, et al. |
| NYS | 1 | 03-10099 | Paul Weiner, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-10132 | Herman S. & Esperanza A. Drayer Residual Trust U/A 4/22/83, et al. v Federated Investors, Inc., et al. |
| NYS | 1 | 03-10158 | Benjamin Robinson v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-10173 | Jodi Finkelson-Reece v. Putnam Investment Trust, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-10198~~ | ~~Benjamin Hiser v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-28 | Doris Staehr, etc. v. Jeffrey W. Greenberg, et al. |
| ~~NYS~~ | ~~1~~ | ~~04-230~~ | ~~William B. Cottrell v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-409 | Michael Fitzpatrick, etc. v. John R. Belk, et al. |
| NYS | 1 | 04-410 | David M. Kaufman, et al. v. John R. Belk, et al. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 03-1016 | Bernard Flucke v. Bank One Corp., et al. |
| OHS | 2 | 03-1037 | Warren Sherman, etc. v. Peter C. Marshall, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586

PAGE 4 OF 4

| | | | |
|---|---|---|---|
| OHS | 2 | 03-1038 | Jerry Huang v. Peter Marshall, et al. |
| OHS | 2 | 03-1039 | Mark Snyder, etc. v. Peter C. Marshall, et al. |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~03-6255~~ | ~~Stephen Cary v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6411~~ | ~~Lilia Binder et al. v. PBHG Growth Fund, et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6436~~ | ~~Robert K. Beiter v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6441~~ | ~~Stanley D. Bernstein Profit Keough for the Benefit of Stanley Bernstein v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6509~~ | ~~Anatoly S. Weiser v. PBHG Growth Fund, et al.~~ Opposed 3/19/04 |
| PAE | 2 | 03-6544 | Korshed F. Jungalawala v. Pilgrim Baxter & Associates, Ltd., et al. |
| ~~PAE~~ | ~~2~~ | ~~03-6570~~ | ~~Michael Peroff v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 03-1627 | John Dejean v. Federated Investors, Inc., et al. |
| PAW | 2 | 03-1639 | Diane Ruchka v. American Skandia Advisor Funds, Inc., et al. |
| PAW | 2 | 03-1659 | Resa H. Jannett, et al. v. American Skandia Advisor Funds, Inc., et al. |
| PAW | 2 | 03-1737 | Robert Steinberg, et al. v. American Skandia Advisor Funds, Inc., et al. |
| PAW | 2 | 03-1858 | John M. Abraham v. Federated Investors, Inc., et al. |
| PAW | 2 | 03-1942 | Michael Feder, etc. v. Federated Investors, Inc., et al. |
| PAW | 2 | 03-1965 | Risa B. Schneps v. Federated Investment Management Co. |
| PAW | 2 | 03-1971 | Martin J. Michlik v. Federated Investors, Inc., et al. |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 6 | 03-562 | Rex-Hide Industries, Inc., et al. v. National Capital Growth, et al. |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 03-951 | Ryan Marshall, etc. v. Richard S. Strong, et al. |
| WIE | 2 | 03-953 | John Lang, et al. v. Strong Advisor Common Stock Fund, et al. |
| WIE | 2 | 03-960 | Terry Mintz, etc. v. Richard S. Strong, et al. |
| WIE | 2 | 03-961 | Heather Blum, etc. v. Richard S. Strong, et al. |
| WIE | 2 | 03-963 | Niki Tsetsekos, etc. v. Strong Financial Corp., et al. |
| WIE | 2 | 03-969 | Esther Cohen v. Strong Advisor Common Stock Fund, et al. |
| ~~WIE~~ | ~~2~~ | ~~03-997~~ | ~~Gerald Klafter v. Strong Capital Management, Inc., et al.~~ Opposed 3/18/04 |
| WIE | 2 | 03-1003 | Ernest Gottdiener v. Strong Advisor Common Stock Fund, et al. |
| WIE | 2 | 03-1012 | Mary Ellen Ryan, etc. v. Strong Capital Management, Inc., et al. |
| WIE | 2 | 03-1027 | Carol Patterson, etc. v. Strong Financial Corp., et al. |
| WIE | 2 | 03-1035 | Luis O. Araneda v. Strong Advisor Common Stock Fund, et al. |
| WIE | 2 | 03-1038 | Peter J. Kugi, etc. v. Strong Capital Management, Inc., et al. |
| WIE | 2 | 03-1067 | Brian Flynn v. Strong Capital Management, Inc., et al. |
| WIE | 2 | 03-1073 | Ori Ashman v. Strong Advisor Common Stock Fund, et al. |
| WIE | 2 | 03-1074 | Michael J. Hossack v. Strong Advisor Common Stock Fund, et al. |
| WIE | 2 | 03-1075 | Charles Hutton v. Strong Capital Management, Inc., et al. |
| ~~WIE~~ | ~~2~~ | ~~03-1407~~ | ~~James L. DaPore v. Strong Financial Corp., et al.~~ Opposed 3/19/04 |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 03-524 | Donald Schneider v. Strong Financial Corp., et al. |
| WIW | 2 | 03-1426 | Donald Schneider v. Strong Financial Corp., et al. |